■ In the Matter of DAVID READ, Petitioner, v JAMES THOMPSON, Superintendent, Collins Correctional Facility, et al., Respondents. [51 NYS3d 457]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Penny M. Wolfgang, J.], dated January 6, 2016) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Whalen, P.J., Lindley, DeJoseph, NeMoyer and Curran, JJ.